# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KENYATTA WILLIAMS-BEY, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:02CV01250 ERW |
| GARY KEMPKER, et al., | ) |
| Defendant(s). | ) |

## ORDER

This matter comes before the Court on Motion for Writ of Execution Against Defendants [doc. #191]. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party." Plaintiff, Kenyatta Williams-Bey, has appointed counsel in this matter and any pleading on his behalf must be signed by his attorney of record.

**IT IS HEREBY ORDERED** that Motion for Writ of Execution Against Defendants [doc. #191] is DENIED, at this time. The Clerk of Court shall return Plaintiff's Pro Se Pleading directly to Plaintiff, Kenyatta Williams-Bey. Any further pleadings must be signed and filed by counsel of record.

**So Ordered this 12th Day of February, 2007.**

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE